

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00390-CV

**NAJDS PROPERTY INVESTMENTS, INC.,**
Appellant

v.

**THE DIMENSION GROUP** and Prudent Development, LLC,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI21888
Honorable Mary Lou Alvarez, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED for further proceedings consistent with this opinion. Costs of appeal are assessed against the appellees, The Dimension Group and Prudent Development, LLC.

SIGNED November 26, 2025.

_____
Irene Rios, Justice

---

[1] The Honorable Mary Lou Alvarez signed the final judgment which incorporated the order granting The Dimension Group's and Prudent Development, LLC's no-evidence motions for summary judgment. However, the Honorable Tina Torres presided over and signed the summary judgment that is being appealed.